UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIOLIN PRODUCTIONS, INC.

        Plaintiff(s),

  v.

ALVARO VELEZ

        Defendant(s).

No. C 07-5245 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 29, 2007

_____
Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")