# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

PIOLÍN PRODUCTIONS, INC., a California corporation,

V.

ALVARO VELEZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5245 JCS

**TO:** (Name and address of defendant)

Alvaro Velez
127 Harbor Ave
Norwalk, CT 06850

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HARVEY SISKIND LLP
D. Peter Harvey
Four Embarcadero Center
39th Floor
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLE

DATE October 15, 2007

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number and address)*: <br> D. PETER HARVEY 55712 <br> Cindi Lee <br> 4 Embarcadero Center, 39Fl San Francisco CA | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 4153540100    FAX NO. *(Optional)*: <br> EMAIL ADDRESS *(Optional)*: clee@harveysiskind.com <br> ATTORNEY FOR *(Name)*: PIOLIN PRODUCTIONS, INC., A CALIFORNIA CORPORATION, | |

| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: |

| PLAINTIFF/PETITIONER: PIOLIN PRODUCTIONS, INC., A CALIFORNIA CORPORATION, | CASE NUMBER: <br> C 07 5245 |
|---|---|
| DEFENDANT/RESPONDENT: ALVARO VELEZ | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 16891799 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Case; Complaint for Cyberpiracy and False Designation of Origin; Civil Cover Sheet; Order Setting Initial Case Management Conference and Adr Deadlines; Notice of Rule Discontinuing Service By Mail; Standing Order for All Judges of The Northern District of California; Notice of Assignment of Case to A U.s. Magistrate Judge for Trial; Consent to Proceed Before A U.s. Magistrate Judge; Declination to Proceed and Request for Reassignment to A U.s. District Judge; Welcome to U.s. District Court; Ecf Registration Info Handout

3. a. Party served *(specify name of party as shown on documents served)*:
   ALVARO VELEZ, NAMED DEFENDANT, A white male approx. 35-40 years of age 5'10"-6'0" in height weighing 140-160 lbs with black hair
   b. [   ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   16 WALL Street, Norwalk, CT

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: **11/1/2007**   (2) at *(time)*: **3:25 PM**
   b. [   ] **by substituted service.** On *(date)*:   (2) at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [   ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [   ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
   from *(city)*:        or [   ] a declaration of mailing is attached.
   (5) [   ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Order No. 8213368 SEA

| | |
|---|---|
| PLAINTIFF/PETITIONER: PIOLIN PRODUCTIONS, INC., A CALIFORNIA CORPORATION, | CASE NUMBER: C 07 5245 |
| DEFENDANT/RESPONDENT: ALVARO VELEZ | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*   (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
    [ ] other

7. **Person who served papers**
  a. Name: ERIC RUBIN
  b. Address: 9 BEAUMONT ST., E. HARTFORD, CT 06108
  c. Telephone number: 860-528-2920
  d. The fee for service was: $175.00
  e. I am:
    (1) [X] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner  [ ] employee  [ ] independant contractor
      (ii) [ ] Registration No.:
      (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 11/2/2007

ERIC RUBIN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]    Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**    Order No. 8213368 SEA

