1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
3  Telephone: (415) 354-0100
4  Facsimile: (415) 391-7124
   pharvey@harveysiskind.com
5
   Attorneys for Plaintiff,
6  PIOLÍN PRODUCTIONS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>   Defendants. | Case No. C 07-05245 JCS<br><br>**REQUEST TO ENTER DEFAULT** |

REQUEST TO ENTER DEFAULT                                                   CASE NO. C 07-05245 JCS

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Piolín Productions, Inc. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Alvaro Velez ("Defendant") on the ground that Defendant failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant Alvaro Velez on November 1, 2007, evidenced by the proof of service of summons on file with this Court.

The above-stated facts are set forth in the accompanying declaration of D. Peter Harvey, filed herewith.

Dated: December 14, 2007

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
      D. Peter Harvey

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.