| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| 2 | D. PETER HARVEY (SBN 55712)<br>Four Embarcadero Center, 39th Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 354-0100 |
| 4 | Facsimile: (415) 391-7124 |
| 5 | pharvey@harveysiskind.com |
| 6 | Attorneys for Plaintiff,<br>PIOLÍN PRODUCTIONS, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC.,<br>a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>              Defendants. | Case No. C 07-05245 JCS<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **REQUEST TO ENTER DEFAULT**
- **DECLARATION OF D. PETER HARVEY IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Mr. Alvaro Velez
16 Wall Street
Norwalk, CT 06850-3408

  __X__      **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

  ____      **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

  ____      **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

  ____      **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

  __X__      **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

  ____      **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2007 at San Francisco, California.

*Cynthia Lee*
_____
Cynthia Lee