**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                       415.522.2000

December 21, 2007

RE:  CV 07-05245 JCS          PIOLIN PRODUCTIONS INC-v- ALVARO VELEZ

Default is entered as to **Defendant Alvaro Velez** on **December 21, 2007**.

RICHARD W. WIEKING, Clerk

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89