HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>Defendants. | Case No. C 07-05245 JCS<br><br>**PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE** |

    Plaintiff Piolín Productions, Inc. ("Plaintiff") respectfully requests that the Court relieve it of two currently-calendared requirements in light of the Clerk's entry of default of defendant Alvaro Velez ("Defendant") on December 21, 2007. First, Plaintiff respectfully requests that the Court postpone until further notice Plaintiff's obligation to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement per the Court's standing order, due January 18, 2008. Second, Plaintiff respectfully requests that the Court vacate the Initial Case Management Conference scheduled for January 25, 2008 until further notice.

-1-

1  This motion is based on the attached Declaration of Matthew A. Stratton and is accompanied by
2  a Proposed Order.

3  Dated: January 17, 2008          Respectfully submitted,

4                                    HARVEY SISKIND LLP

6                                    By: _____/s/_____
                                          Matthew A. Stratton

8                                    Attorneys for Plaintiff,
                                     PIOLÍN PRODUCTIONS, INC.

-2-

PLAINTIFF'S MOTION FOR RELIEF FROM CERTAIN                CASE NO. C 07-05245 JCS
RULE 26(f) OBLIGATIONS AND TO VACATE INITIAL
CASE MANAGEMENT CONFERENCE

1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>Defendants. | Case No. C 07-05245 JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE** |

The Motion to Be Relieved of Its Obligation to File a Rule 26(f) Report and to Off-Calendar the Initial Case Management Conference of Plaintiff Piolín Productions, Inc. ("Plaintiff") came before this Court on _____, at _____.

IT IS HEREBY ORDERED that Plaintiff is no longer required to file a Rule 26(f) Report, complete initial disclosures, or file a Case Management Statement per the Court's standing order, until further notice. Further, the Initial Case Management Conference scheduled for January 25, 2008 is hereby removed from the Court's calendar until further notice.

-1-

1  Satisfactory proof having been received and good cause appearing therefore:

2  **IT IS SO ORDERED**.

3

4  Dated: _____

5

6                                                                       The Honorable Joseph C. Spero
                                                                     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8
9
10
11          IN THE UNITED STATES DISTRICT COURT
12         FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION
14
15  PIOLÍN PRODUCTIONS, INC.,        Case No. C 07-05245 JCS
    a California corporation,
16                                   PROOF OF SERVICE
                  Plaintiff,
17
    v.
18
    ALVARO VELEZ, and DOES 1-25,
19
                  Defendants.
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE**
- **DECLARATION OF MATTHEW A. STRATTON IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Mr. Alvaro Velez
16 Wall Street
Norwalk, CT 06850-3408

__X__   **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____   **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____   **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____   **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__   **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

**(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 17, 2008 at San Francisco, California.

*/s/ Cynthia Lee*
_____
Cynthia Lee