1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>Defendants. | Case No. C 07-05245 JCS<br><br>**DECLARATION OF MATTHEW A. STRATTON IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE** |

I, Matthew A. Stratton, declare:

1. I am an associate in the law firm Harvey Siskind LLP. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

2. My firm represents plaintiff Piolín Productions, Inc. ("Plaintiff") against defendant Alvaro Velez ("Defendant") in *Piolín Productions, Inc. v. Alvaro Velez*, No. C-07-5245-JCS, in the United States District Court for the Northern District of California.

-1-

STRATTON DECLARATION IN SUPPORT OF PLAINTIFF'S
MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF
FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CMC

CASE NO. C 07-05245 JCS

1    3.    My firm hired a process server to serve Defendant with a summons and a copy of Plaintiff's complaint in this matter. I am informed and believe, and on that ground state, that Eric Rubin of 9 Beaumont Street, East Hartford, Connecticut 06108 personally served Defendant on November 1, 2007 in Norwalk, Connecticut.

4.    Defendant has since not appeared in this action and has not responded to the complaint.

5.    A clerk of this Court entered the default of Defendant on December 21, 2007.

6.    Plaintiff is presently preparing an Application for Default Judgment by the Court to be filed shortly.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on January 17, 2008.

Respectfully submitted,

HARVEY SISKIND LLP

By:    /s/
_____
Matthew A. Stratton

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.

-2-

STRATTON DECLARATION IN SUPPORT OF PLAINTIFF'S    CASE NO. C 07-05245 JCS
MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF
FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CMC