1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>               Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>               Defendants. | Case No. C 07-05245 JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26 OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE** |

The Motion to Be Relieved of Its Obligation to File a Rule 26(f) Report and to Off-Calendar the Initial Case Management Conference of Plaintiff Piolín Productions, Inc. ("Plaintiff") came before this Court on __January 18, 2008__, ~~at~~ _____.

IT IS HEREBY ORDERED that Plaintiff is no longer required to file a Rule 26(f) Report, complete initial disclosures, or file a Case Management Statement per the Court's standing order, until further notice. Further, the Initial Case Management Conference scheduled for January 25, 2008 is hereby removed from the Court's calendar until further notice.

-1-

1 | Satisfactory proof having been received and good cause appearing therefore:

2 | **IT IS SO ORDERED**.

3 |

4 | Dated: __January 22, 2008__

5 |

6 | The Honorable Joseph C. Spero
United States Magistrate Judge

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

-2-

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS
ADMINISTRATIVE MOTION FOR RELIEF FROM CERTAIN RULE 26
OBLIGATIONS AND TO VACATE INITIAL CASE MANAGEMENT CONFERENCE

CASE NO. C 07-05245 JCS