```
HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>    Defendants. | Case No. C 07-05245 JCS<br><br>**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**<br><br>Hearing Date: February 29, 2008<br>Time: 9:30 AM<br>Before: Hon. Joseph C. Spero |

TO DEFENDANT ALVARO VELEZ:

PLEASE TAKE NOTE THAT on February 29, 2008 at 9:30AM or as soon thereafter as this matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, plaintiff Piolín Productions, Inc. ("Plaintiff") will present its application for a default judgment and injunctive relief against defendant Alvaro Velez ("Defendant"). The clerk has previously entered the default of Defendant on December 21, 2007.

-1-

1   At the time and place of hearing, Plaintiff will present proof of the following matters:

2   1.   Defendant was personally served with summons and the complaint on November 1, 2007.

4   2.   Defendant is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Relief Act of 1940.

6   3.   Defendant has not appeared in this action.

7   4.   Plaintiff is entitled to judgment against Defendant with respect to the claims pleaded in the complaint, to wit: cyberpiracy and false designation of origin.

9   5.   As remedies, Plaintiff seeks this Court's order requiring domain name registrar Melbourne IT, Ltd. d/b/a/ Internet Names Worldwide to transfer the domain name Piolimovil.com from Alvaro Velez to Piolín Productions, Inc. pursuant to 15 U.S.C. § 1125(d)(1)(C) and a permanent injunction preventing Alvaro Velez from obtaining and using any domain name that incorporates or is confusingly similar to any mark owned by Piolín Productions, Inc. pursuant to 15 U.S.C. § 1125(d)(3).

15  This Application is based on this Notice, the attached Declaration of Jeannette Boudreau, the attached Declaration of Matthew A. Stratton, the attached Memorandum of Law, and the pleadings, files and other matters that may be presented at the hearing.

Dated: January 25, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
       Matthew A. Stratton

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.

-2-

1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>Defendants. | Case No. C 07-05245 JCS<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

The Application for Entry of Default Judgment of Plaintiff Piolín Productions, Inc. ("Plaintiff") came before this Court on February 29, 2008, at 9:30AM.

IT IS HEREBY ORDERED that Defendant Alvaro Velez ("Velez") and registrar Melbourne IT, Ltd.., d/b/a Internet Names Worldwide forthwith transfer and assign the domain name Piolimovil.com to Piolín Productions.

IT IS FURTHER ORDERED that Velez and his partners, associates, agents, representatives, successors, and employees, and all other persons or entities in active concert or participation with Velez are PERMANENTLY ENJOINED from maintaining and using in commerce any domain name that

-1-

1  incorporates or is suggestive of any mark owned by Piolín Productions and from doing any act or
2  thing likely to confuse or to deceive consumers into believing that there is some affiliation or other
3  connection between Velez and Piolín Productions.
4      Satisfactory proof having been received and good cause appearing therefore:
5      **IT IS SO ORDERED**.

7  Dated: _____

    _____
    The Honorable Joseph C. Spero
    United States Magistrate Judge

-2-

[PROPOSED] DEFAULT JUDGMENT      CASE NO. C 07-05245 JCS

1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8
9
10
11           IN THE UNITED STATES DISTRICT COURT
12         FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

14 | PIOLÍN PRODUCTIONS, INC., | Case No. C 07-05245 JCS
15 | a California corporation, |
16 | Plaintiff, | **PROOF OF SERVICE**
17 | v. |
18 | ALVARO VELEZ, and DOES 1-25, |
19 | Defendants. |

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**
- **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**
- **DECLARATION OF JEANNETTE M. BOUDREAU IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**
- **DECLARATION OF MATTHEW A. STRATTON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**
- **[PROPOSED] DEFAULT JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Mr. Alvaro Velez
16 Wall Street
Norwalk, CT 06850-3408

__X__  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____  **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____  **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____  **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__  **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

**(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008 at San Francisco, California.

_____
Cynthia Lee