HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
pharvey@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>Defendants. | Case No. C 07-05245 JCS<br><br>**DECLARATION OF JEANNETTE M. BOUDREAU IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**<br><br>Hearing Date: February 29, 2008<br>Time: 9:30 AM<br>Before: Hon. Joseph C. Spero |

I, Jeannette M. Boudreau, declare:

1. I am an attorney at the Law Offices of Jeanette M. Boudreau. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

2. I have represented plaintiff Piolín Productions, Inc. ("Plaintiff") and its predecessors in interest for approximately 7 years.

3. I am informed and believe, and on that ground state, that Eduardo "Piolín" Sotelo is a radio personality who has been in broadcasting since 1989. Mr. Sotelo acquired the nickname "El Piolín" in 1988 and has since been continuously associated with that name. Mr. Sotelo p/k/a Piolín is the host of the highly successful Spanish language radio show "Piolín por la Mañana." Piolín has hosted "Piolín por la Mañana" since 2001 and the show presently commands the largest audience of any radio program in the United States, regardless of language.

4. I am informed and believe, and on that ground state, that many of the radio stations that broadcast "Piolín por la Mañana," acting on behalf of Plaintiff, maintain a fleet of vehicles, each known as a "Piolímovil," that bear the name and likeness of Piolín. For example, in Los Angeles there are approximately six Piolímovil vehicles. Piolímovil vehicles have been in existence by that name since 2002. These highly visible Piolímovil vehicles exist in many of the media markets where "Piolín por la Mañana" is broadcast and are well-known among listeners of the show.

5. Mr. Sotelo assigned ownership of the PIOLÍN and PIOLÍMOVIL marks, among others, to Piolín Productions in October 2007.

6. Defendant Alvaro Velez ("Defendant") operated a Spanish-language interactive ecommerce website under the domain name Piolimovil.com, offering for sale clothing and western wear. The site initially featured an unauthorized image of Mr. Sotelo and the word "Piolítienda" (or "Piolín's store"), though Defendant removed said content after being contacted by my law firm.

7. Plaintiff has not authorized Defendant to use the domain name Piolimovil.com.

8. My law firm contacted Defendant on August 27, 2007 in an effort to reach an amicable solution. When we requested the transfer of the domain name Piolimovil.com to Plaintiff, Defendant demanded payment of $3,000.

9. As remedies, Plaintiff seeks this court's order requiring Melbourne IT to transfer the domain name Piolimovil.com from Alvaro Velez to Piolín Productions, Inc. pursuant to 15 U.S.C. § 1125(d)(1)(C) as well as entry of a permanent injunction preventing Alvaro Velez from obtaining and using any domain name that incorporates or is confusingly similar any mark owned by Piolín Productions, Inc. pursuant to 15 U.S.C. § 1125(d)(3).

1  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration
2  is executed in Sausalito, California on January 25, 2008.

3                                              Respectfully submitted,

5                                              By: _____
6                                                   Jeannette M. Boudreau

-3-

BOUDREAU DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION          CASE NO. C 07-05245 JCS
FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT