1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone:  (415) 354-0100
4  Facsimile:  (415) 391-7124
   pharvey@harveysiskind.com
5  mstratton@harveysiskind.com

6

7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13                                          Case No. C 07-05245 JCS
    PIOLÍN PRODUCTIONS, INC.,
14  a California corporation,

15                Plaintiff,              **DECLARATION OF MATTHEW A.
                                          STRATTON IN SUPPORT OF
16  v.                                    PLAINTIFF'S APPLICATION FOR
                                          ENTRY OF DEFAULT JUDGMENT BY
17  ALVARO VELEZ, and DOES 1-25,          THE COURT**

18                Defendants.
                                          Hearing Date:  February 29, 2008
19                                        Time: 9:30 AM
                                          Before:  Hon. Joseph C. Spero
20

21

22       I, Matthew A. Stratton, declare:

23       1.       I am an associate in the law firm Harvey Siskind LLP.  I have personal knowledge of the

24  following facts, and if called as a witness, I could and would testify competently thereto.

25       2.       My firm represents plaintiff Piolín Productions, Inc. ("Plaintiff") against defendant

26  Alvaro Velez ("Defendant") in *Piolín Productions, Inc. v. Alvaro Velez*, Civil Matter No. C-07-5245-JCS,

27  in the United States District Court for the Northern District of California.

28
                                            -1-

3.      My firm hired a process server to serve Defendant with a summons and a copy of Plaintiff's complaint in this matter.  I am informed and believe, and on that ground state, that Eric Rubin of 9 Beaumont Street, East Hartford, Connecticut 06108 personally served Defendant on November 1, 2007 in Norwalk, Connecticut.  A copy of the Summons and Proof of Service of Summons, signed by Mr. Rubin, is on file with this Court as Docket No. 6.

4.      Defendant has since not appeared in this action and has not responded to the complaint.

5.      Based on the observations of the process server, I am informed and believe, and on that ground state, that Defendant is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Relief Act of 1940.

6.      A clerk of this Court previously entered the default of Defendant on December 21, 2007.

7.      This action involves a claim for cyberpiracy under 15 U.S.C. § 1125(d) and false designation of origin under 15 U.S.C. § 1125(a).

8.      On January 24, 2008, I conducted a "WhoIs" search and confirmed the internet domain name Piolimovil.com is registered to Defendant.  My search also confirmed that Defendant registered the domain on June 7, 2007 using the registrar Melborune IT, Ltd. d/b/a/ Internet Names Worldwide ("Melbourne IT").  According to the internet site of Melbourne IT, the company maintains an office at 1900 Powell Street, Suite 1070, Emeryville, California 94608.

9.      On January 24, 2008, I reviewed Melborune IT's policies for domain name dispute resolution on its website (http://www.melbourneit.com.au/policies/gtlddispute.php3).  Section 3, entitled "Cancellations, Transfers, and Changes," states that "Melbourne IT will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances: […] on receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action."

10.     As remedies, Plaintiff seeks this court's order requiring Melbourne IT to transfer the domain name Piolimovil.com from Alvaro Velez to Piolín Productions, Inc. pursuant to 15 U.S.C. § 1125(d)(1)(C) as well as entry of a permanent injunction preventing Alvaro Velez from obtaining and using any domain name that incorporates or is confusingly similar any mark owned by Piolín Productions, Inc. pursuant to 15 U.S.C. § 1125(d)(3).

STRATTON DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION          CASE NO. C 07-05245 JCS
FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

1     I declare under penalty of perjury that the foregoing is true and correct, and that this declaration

2   is executed in San Francisco, California on January 25, 2008.

3                                             Respectfully submitted,

4                                             HARVEY SISKIND LLP

5

6                                             By:          /s/
                                                  _____
7                                                      Matthew A. Stratton

8                                             Attorneys for Plaintiff,
                                              PIOLÍN PRODUCTIONS, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRATTON DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION          CASE NO. C 07-05245 JCS
FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT