UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOLIN PRODUCTIONS INC, | No. C 07-05245 (JCS) |
|     Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| ALVARO VELEZ, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Application for Default Judgment By the Court before Magistrate Judge Spero previously noticed for February 29, 2008, at 9:30 a.m., has been reset to **April 25, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit an application and proposed order to the Court.

Dated: January 29, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy