1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  pharvey@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Plaintiff,
   PIOLÍN PRODUCTIONS, INC.
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25,<br><br>Defendants. | Case No. C 07-05245 JCS<br><br>**REPLY BRIEF ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**<br><br>Hearing Date: April 25, 2008<br>Time: 9:30 AM<br>Before: Hon. Joseph C. Spero |

No opposition having been filed nor any other communication from defendant Alvaro Velez having been received, plaintiff Piolín Productions, Inc. ("Plaintiff") respectfully requests that the Court enter a judgment of default and grant injunctive relief as requested in Plaintiff's Application for Default Judgment by the Court, filed January 25, 2008.

-1-

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | Respectfully submitted, |
| 2 | | HARVEY SISKIND LLP |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Matthew A. Stratton |
| 6 | | Attorneys for Plaintiff, PIOLÍN PRODUCTIONS, INC. |

-2-

REPLY BRIEF ON APPLICATION FOR ENTRY
OF DEFAULT JUDGMENT BY THE COURT

CASE NO. C 07-05245 JCS

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **REPLY BRIEF ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Mr. Alvaro Velez
16 Wall Street
Norwalk, CT 06850-3408

__X__  **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____  **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

____  **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____  **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__  **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

____  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 11, 2008 at San Francisco, California.

_____
Cynthia Lee