# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-05245 JCS**

**CASE NAME:  PIOLIN PRODUCTIONS INC v. ALVARO VELEZ**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 25, 2008    **TIME: 6 mins** | **COURT REPORTER**: Joan Columbini |
| **COUNSEL FOR PLAINTIFF:**<br>Matthew Stratton | **COUNSEL FOR DEFENDANT:**<br>No appearance |

**PROCEEDINGS:**                                                        **RULING:**

1. Pla's Motion for Default Judgment [Docket # 14]        Submitted

---

**ORDERED AFTER HEARING:**

Plaintiff shall file a supplemental brief by May 2, 2008. Upon receipt of the supplemental brief the Court will issue a Report and Recommendation and case will be reassigned to a district judge.

---

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**

---

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury   ()Court   Set for   days | | |

**cc:**      Chambers; Karen
* (T) = Telephonic Appearance