**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOLIN PRODUCTIONS INC, | Case No. C 07-05245 JCS |
| Plaintiff(s), | **ORDER FOR REASSIGNMENT** |
| v. | |
| ALVARO VELEZ, | |
| Defendant(s). | |

In view of the Report and Recommendation dated May 7, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

IT IS SO ORDERED.

Dated: May 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge