1
2
3
4
5
6
7
8

HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
pharvey@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Plaintiff,
PIOLÍN PRODUCTIONS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

PIOLÍN PRODUCTIONS, INC.,
a California corporation,

                    Plaintiff,

v.

ALVARO VELEZ, and DOES 1-25,

                    Defendants.

Case No. C 07-05245 RMW

**NOTICE CONTINUING MOTION HEARING**

**Date:  July 25, 2008**
**Time:  9:00 a.m..**
**Courtroom  6**
**The Honorable Ronald M. Whyte**

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that on May 15, 2008, the Court entered the attached CLERK'S

3    NOTICE setting a hearing on Plaintiff's Motion for Default Judgment on July 25, 2008 before the

4    Honorable Ronald M. Whyte in Courtroom 6 of the United States District Court for the Northern

5    District of California, San Jose Division, 280 South 1st Street, San Jose, California.  A true and

6    correct copy of the order is attached hereto.

7

8    Dated:  May 15, 2008                          Respectfully submitted,

9                                                  HARVEY SISKIND LLP

10

11                                                 By:  _____/s/_____

12                                                      Matthew A. Stratton

13                                                 Attorneys for Plaintiff,
                                                   PIOLÍN PRODUCTIONS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3          IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6    PIOLIN PRODUCTIONS, INC.,          ***E-FILED - 5/15/08***

7              Plaintiff,                CASE NO.: C-07-05245-RMW

8         v.                            **CLERK'S NOTICE**

9    ALVARO VELEZ, et al.,              **NEW DATE: JULY 25, 2008**

10             Defendant.               **TIME: 9:00 AM**

11
12
13        PLEASE TAKE NOTICE that, on the court's own motion, **PLAINTIFF'S MOTION**
14   **FOR DEFAULT JUDGMENT,** noticed for April 29, 2008 before Magistrate Judge Spero, has
15   been calendared to the date and time set forth above.  The parties are to appear before the Honorable
16   Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San
17   Jose, California, unless notified that the matter will be submitted without argument.

18        If any hearing date is moved by the court's own motion, papers must still be filed in
19   accordance with the originally noticed date and the Local Rules of this court absent a court order
20   setting a new briefing schedule.

21        The moving party shall give written notice to counsel for all parties of the new date of the
22   hearing after receipt of this notice.  Following service, the moving party shall file a certificate of
23   service with the Clerk of the Court.

24
25   DATED:  May 15, 2008

26                          BY: _/s/ Jackie Garcia_____
                                 JACKIE GARCIA
27                               Courtroom Deputy for
                                 Honorable Ronald M. Whyte
28

1  Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

The undersigned declares:  I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **NOTICE CONTINUING MOTION HEARING**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Mr. Alvaro Velez
16 Wall Street
Norwalk, CT  06850-3408

__X__    **MAIL:**  I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated.  I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____    **FEDERAL EXPRESS – OVERNIGHT DELIVERY:**  I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____    **HAND DELIVERY:**  I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____    **VIA FAX:**  The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__    **(FEDERAL):**  I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

_____    **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2008 at San Francisco, California.

_____
Cynthia Lee