# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: July 25, 2008

Case No. C-07-05245-RMW    JUDGE: Ronald M. Whyte

**PIOLIN PRODUCTIONS, INC.**    -V- ALVARO VELEZ, et al.
Title

No Appearance                             No Appearance
Attorneys Present (Plaintiff)             Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

## PROCEEDINGS

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**ORDER AFTER HEARING**

Hearing Not Held. The Court would like a brief within 7 days addressing whether the Court has personal jurisdiction. The matter is deemed submitted and the Court to issue a ruling.