| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | MATTHEW A. STRATTON (SBN 254080) |
| 3 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 5 | pharvey@harveysiskind.com |
| | mstratton@harveysiskind.com |
| 6 | |
| 7 | Attorneys for Plaintiff, |
| | PIOLÍN PRODUCTIONS, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation, | Case No. C 07-05245 RMW |
| Plaintiff, | **DECLARATION OF MATTHEW A. STRATTON IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM RE JURISDICTION** |
| v. | |
| ALVARO VELEZ, and DOES 1-25, | Hearing Date: July 25, 2008 |
| Defendants. | Time: 9:00 AM |
| | Before: Hon. Ronald M. Whyte |

I, Matthew A. Stratton, declare:

1.    I am an associate in the law firm Harvey Siskind LLP. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

2.    Attached herewith as Exhibit A is a true and correct copy of a "screenshot" of Piolimovil.com, obtained from the cached file at Google.com. Because it is derived from a cached file (the infringing website was deactivated at the time), the image lacks all of the detail visible when Piolimovil.com is operational.

3.    Attached herewith as Exhibit B is a true and correct copy of a printout from Piolimovil.com on July 20, 2007. The printout includes an unauthorized photo of Edwardo Sotelo p/k/a "Piolín" standing in front of a "Piolímovil" and multiple unauthorized "Piolín por la Mañana" logos.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on August 1, 2008.

          Respectfully submitted,

          HARVEY SISKIND LLP

          By:    /s/
                Matthew A. Stratton

          Attorneys for Plaintiff,
          PIOLÍN PRODUCTIONS, INC.

-1-

STRATTON DECLARATION IN SUPPORT OF PLAINTIFF'S    Case No. C 07-05245 RMW
SUPPLEMENTAL MEMORANDUM RE JURISDICTION

# EXHIBIT A
# TO THE DECLARATION OF
# MATTHEW A. STRATTON IN SUPPORT OF
# PLAINTIFF'S SUPPLEMENTAL
# MEMORANDUM RE JURISDICTION

## Case No. C 07-05245 RMW



# EXHIBIT B
# TO THE DECLARATION OF
# MATTHEW A. STRATTON IN SUPPORT OF
# PLAINTIFF'S SUPPLEMENTAL
# MEMORANDUM RE JURISDICTION

## Case No. C 07-05245 RMW

Mandanostus Ideas y Tus Fotos Para Publicarlas Esta Pagina en Para Ustedes.

En Contrucsion Para Mas Informasion Escribanos a info@piolimovil.com

    

llam(

○ internet  ● piolimovil

\ nttt

puede mandarnos
publicarla

en esta pagina esta
ustedes

muy plonto tendra



Spe(

Tarjeta

P

§

a Todo C

http://www.piolimovil.com/    7/20/2007