**E-FILED on: 8/8/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOLÍN PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO VELEZ, and DOES 1-25<br><br>Defendants. | No. C-07-05245 RMW<br><br>DEFAULT JUDGMENT AND INJUNCTION |

On August 7, 2008 this court granted default judgment in favor of plaintiff Piolín Productions, Inc. and against defendant Alvaro Velez.

IT IS HEREBY ORDERED that Alvaro Velez and registrar Melbourne IT, Ltd., d/b/a Internet Names Worldwide forthwith transfer and assign the domain name Piolimovil.com to Piolín Productions, Inc.

DATED: 8/7/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

DEFAULT JUDGMENT AND INJUNCTION—No. C-07-05245 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

D. Peter Harvey pharvey@harveysiskind.com
Matthew Alexander Stratton mstratton@harveysiskind.com

**Counsel for Alvaro Velez:**

(No appearance)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/8/2008

TSF
**Chambers of Judge Whyte**